■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VICTOR GRISKA, Appellant.— Appeal by the defendant, as limited by his brief, from a sentence of the County Court, Nassau County, rendered January 23, 1973, which imposed upon him an indeterminate prison term not to exceed three years, upon his plea of guilty of burglary in the third degree, a class D felony. Sentence modified, as a matter of discretion in the interest of justice, by changing it to a certification of defendant to the care and custody of the Drug Abuse Control Commission (formerly the Narcotic Addiction Control Commission) (Penal Law, former § 60.15 [renumbered § 60.03 before its repeal], subd. [b], par. [i]) for a period of 60 months or defendant's earlier discharge by the commission as rehabilitated. Appellant, a 21-year-old addict, was acceptable to the Nassau County Drug & Alcohol Abuse Commission In-Patient Program and also to Topic House. Under all the facts and circumstances herein, the sentence was inappropriate and constituted an improvident exercise of discretion. Shapiro, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS GUZZI, JOSEPH DELL'AQUILA, JULIO CALDER, Appellants.— Three judgments (one as to each defendant) of the Supreme Court, Queens County, rendered April 10, 1973, affirmed (CPL 470.05, subd. 1). Latham, Acting P. J., Shapiro, Gulotta, Christ and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL YOUNG WASHINGTON, Appellant, v. LEON J. VINCENT, as Superintendent of Green Haven Correctional Facility, Respondent.— Judgment of the Supreme Court, Dutchess County, dated December 3, 1973 and made upon a decision dated February 9, 1973, affirmed, without costs. No opinion. The notice of appeal dated February 21, 1973 is hereby amended to show that the correct date of the judgment is December 3, 1973; and the notice of appeal has been treated as valid (CPL 460.10, subd. 6). Martuscello, Acting P. J., Latham, Gulotta, Christ, and Benjamin, JJ., concur.